UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

DESMOND DEONDRE SCARBOROUGH          CASE NO.  23-cv-1695 SEC P
#2024070024

-vs-                                                    JUDGE DRELL

RAPIDES PARISH DETENTION          MAGISTRATE JUDGE PEREZ-MONTES
CENTER I ET AL

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 50), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that all claims against the following Defendants be DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A: Detective Shelby Anderson, Detective John Skrobareck, District Attorney Kelvin Sanders, Judge Doggett, Eric Talley, Officer Morran, Vicky Messar, Officer Brisbon, Officer Latrell, Officer Jones, Gerald Carmouche, Julie Sasser, Mark Woods, Officer M. Holt, Officer T. Holt, Nurse Bowie, Officer Phipps, Officer Thomas, Debbie Green, Officer Latrell, Ms. Smith, Mark Thomas, M. Bennett, Lt. Taylor, Robin Hooter, Lt. Gordon, Ms. Brown, Ms. Rodriguez, and K. Christophe.

THUS DONE AND SIGNED at Alexandria, Louisiana this ___/J day of March 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT